UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| FARSHAD FARYABI, | ) | CASE NO. C09-0140-MJP |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE |
| UNITED STATES LAW ENFORCEMENT (BARACK OBAMA), | ) | |
| Defendant. | ) | |

The Court, having reviewed the entire record in this matter, including plaintiff's *in forma pauperis* application, the Complaint, the Report and Recommendation of the Hon. Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that Report and Recommendation, including plaintiff's filing on 2/24/09 (Dkt. No. 4), finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation. Plaintiff's *in forma pauperis* application is DENIED, and this action is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B);

(2) The Clerk shall close this case, and shall send copies of this Order to plaintiff and to Judge Theiler.

DATED this 2nd day of March, 2009.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER DENYING IN FORMA PAUPERIS APPLICATION
AND DISMISSING CASE WITHOUT PREJUDICE
PAGE -2